IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division


FILED
IN OPEN COURT

MAY - 3 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:18-cr-73 |
| v. | ) | |
| | ) | Count 1: 8 U.S.C. § 1253(a)(1)(C) |
| ZAKARIA TAOUFIK | ) | Failure to Depart |
| a/k/a "Zakaria Tadufik," | ) | |
| a/k/a "Zakaria Taoueik," | ) | Count 2: 18 U.S.C. § 111(a) |
| a/k/a "Zakaria Amare," | ) | Assaulting a Federal Officer |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

May 2018 Term – at Alexandria, Virginia

## COUNT 1

(Failure to Depart)

THE GRAND JURY CHARGES THAT:

On or about January 19, 2018, at Dulles International Airport, Virginia, within the Eastern District of Virginia, the Defendant, ZAKARIA TAOUFIK, an alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in Title 8, United States Code, Sections 1227(a)(1) and (a)(2), did connive, conspire, and take other action, designed to prevent and hamper and with the purpose of preventing and hampering his departure from the United States.

(In violation of Title 8, United States Code, Section 1253(a)(1)(C)).

## COUNT 2

(Assaulting a Federal Officer)

THE GRAND JURY CHARGES THAT:

On or about January 19, 2018, at Dulles International Airport, within the Eastern District of Virginia, the Defendant, ZAKARIA TAOUFIK, did willfully and forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, namely officers and employees of United States Immigration and Customs Enforcement, Department of Homeland Security, while such officers or employees were engaged in and on account of the performance of official duties, and which acts involved physical contact with the victim of that assault and the intent to commit another felony, namely, Failure to Depart, as alleged in Count 1.

(In violation of Title 18, United States Code, Section 111(a)).

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

Date: May 4, 2018

_____
FOREPERSON

Tracy Doherty-McCormick
Acting United States Attorney

By: _____
Matthew Reilly
Special Assistant United States Attorney
Grace L. Hill
Assistant United States Attorney