IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal Case 1:18-CR-73 |
| | ) | |
| v. | ) | Hon. Claude M. Hilton |
| | ) | |
| ZAKARIA TAOUFIK, | ) | Trial:  May 30, 2018 |
| a/k/a "Zakaria Tadufik," | ) | |
| a/k/a "Zakaria Taoueik," | ) | |
| a/k/a "Zakaria Amare," | ) | |
| | ) | |
| Defendant. | ) | |

## **GOVERNMENT TRIAL EXHIBIT LIST**

The United States hereby files this list of exhibits that it anticipates that it may introduce in its case in chief.

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | [*reserved*] Stipulations of the Parties | | |
| 2. | Zakaria Taoufik's Certified A-File | | |
| 2A. | Certification of A-File by Karen East-Williams (dated 2/20/2018) | | |
| 2B. | Certificate of Nonexistence of Records (dated 2/20/2018) | | |
| 2C. | Final Order of Immigration Judge (dated 12/9/2009) | | |
| 2D. | Warrant of Removal/Deportation (dated 1/11/2018) | | |
| 2E. | Moroccan Travel Document (dated 9/28/2017) | | |
| 2F. | Warning for Failure to Depart (dated 4/21/10) | | |
| 2G. | Warning to Alien Ordered Removed or Deported (dated 9/29/2017) | | |
| 2H. | Notice of Failure to Comply Pursuant to 8 CFR 241.4(g) (dated 11/3/2017) | | |
| 2I. | BIA Decision Search (dated 1/16/2018) | | |
| 3A. | Photograph of entertainment screen and seats (CBP-00000021) | | |
| 3B. | Photograph of entertainment screen (CBP-00000020) | | |

2

                                              Respectfully submitted,
Tracy Doherty-McCormick
Acting United States Attorney

By:       /s/ Matthew Reilly
Matthew Reilly
Special Assistant U.S. Attorney
Grace L. Hill
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3947
Fax: (703) 299-3980
E-mail: matthew.reilly2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to any attorneys of record for the Defendant.

By:     /s/ Matthew Reilly

Matthew Reilly
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3947
Fax: (703) 299-3980
E-mail: matthew.reilly2@usdoj.gov