IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Case 1:18-CR-73 |
| | ) | |
| v. | ) | Hon. Claude M. Hilton |
| | ) | |
| ZAKARIA TAOUFIK, | ) | Trial: May 30, 2018 |
| a/k/a "Zakaria Tadufik," | ) | |
| a/k/a "Zakaria Taoueik," | ) | |
| a/k/a "Zakaria Amare," | ) | |
| | ) | |
| Defendant. | ) | |

## **SPECIAL VERDICT FORM**

### **Count 1**

With respect to Count 1, alleging failure to depart in violation of 8 U.S.C. § 1253(a)(1)(C), we the Jury find the Defendant, Zakaria Taoufik:

Guilty _____  Not Guilty _____

### **Count 2**

**Section I**

With respect to Count 2, alleging that Mr. Taoufik forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal officer, and that such act(s) made physical contact with such an officer or involved the intent to commit the felony of failure to depart, in violation of 18 U.S.C. § 111(a), we the Jury find him:

Guilty _____  Not Guilty _____

*If your verdict is Guilty, answer the next two questions and do not fill out Section II. If your verdict is Not Guilty, skip the next two questions and proceed to Section II.*

A. Do you the Jury unanimously agree that Mr. Taoufik forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal officer, and that such act(s) made physical contact with such an officer?

Yes _____  No _____

B. Do you the Jury unanimously agree that Mr. Taoufik forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal officer, and that such act(s) involved the intent to commit the felony of failure to depart?

Yes _____ No _____

**Section II – Simple Assault**

With respect to the lesser-included charge of simple assault in violation of 18 U.S.C. § 111(a), alleging that Mr. Taoufik forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal officer, but that such act(s) did not make physical contact with such an officer or involve the intent to commit the felony of failure to depart, we the Jury find Mr. Taoufik:

Guilty _____ Not Guilty _____

So say we all this \_\_\_\_\_ day of May, 2018.

_____
Foreperson of the Jury