Prob 12A (10/16)
VAE (9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
MAR 23 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Zakaria Taoufik          Docket No. 1:18CR00073-001

### Petition on Supervised Release

COMES NOW Brent D. Keith, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Zakaria Taoufik, who was placed on supervision by the Honorable Claude M. Hilton, Senior United States District Judge sitting in the Court at Alexandria, Virginia, on the 30th day of October 2020, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall cooperate with any orders or directives of the Bureau of Immigration and Customs Enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the defendant appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation: NONE**

### ORDER OF COURT

Considered and ordered this 23rd day of May, 20 21 and ordered filed and made a part of the records in the above case.

_Claude M. Hilton_
Claude M. Hilton
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 22, 2021

_Brent Keith_
Brent Keith
2021.03.22 11:22:12 -04'00'

Brent D. Keith
Supervising U.S. Probation Officer
703-366-2102

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
**Page 2**
**RE: Taoufik, Zakaria**

OFFENSE: Count 1, Failure to Depart, in violation of Title 8, U.S.C., Section 1253(a)(1)(C); and Count 2, Assaulting a Federal Officer, in violation of Title 18, U.S.C., Section 111(a).

SENTENCE: The defendant originally appeared before this Court for sentencing on January 25, 2019. On that date, the defendant was sentenced to a total of 60 months of imprisonment. No term of supervised release was imposed, and $200 in special assessments were imposed as a matter of law.

On October 30, 2020, the defendant was resentenced by this Court to a total of 33 months of imprisonment, to be followed by a 3-year term of supervised release.

ADJUSTMENT TO SUPERVISION: The defendant completed his period of imprisonment and began his term of supervised release on November 4, 2020. Upon being released from the Federal Bureau of Prisons, he was transferred to the custody of the Bureau of Immigration and Customs Enforcement (BICE) for deportation proceedings.

On March 19, 2021, this officer was contacted by BICE Deportation Officer Paul Bevard. Officer Bevard advised this officer that on or about March 9, 2021, the defendant was informed by BICE officials that a flight had been scheduled to return him to Morocco. The defendant is a citizen of that country, with no legal status in the Unites States. On March 18, 2021, the defendant refused to leave the holding room to be taken to the airport for his scheduled removal flight. Based on same, the defendant could not be deported as scheduled. According to Officer Bevard, this flight took approximately 4 months to arrange.

VIOLATION: The following violation is submitted for the Court's consideration.

**SPECIAL CONDITION:** **THE DEFENDANT FAILED TO COOPERATE WITH THE ORDERS AND DIRECTIVES OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT.**

On March 18, 2021, the defendant refused the instructions of BICE agents to leave the holding room to be taken to the airport for his scheduled removal flight to Morocco. The defendant continues to be held in BICE custody at the Caroline Detention Facility in Bowling Green, Virginia.

BDK/vlh